UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATKINS WELLNESS LLC and WATKINS MANUFACTURING CORP.<br><br>Defendants. | Case No. 3:26-cv-01896-BTM-SBC<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE PENDING FINAL SETTLEMENT**<br><br>**[ECF No. 21]** |

Before the Court is the Parties' Joint Motion to Stay Case Pending Final Settlement (ECF No. 21), in which the Parties advised the Court that they have reached an agreement in principle that would resolve the Plaintiff's individual claims and would have no impact on any potential class claims. Having considered the Joint Motion, and good cause having been shown, the Court **FINDS** that:

(1) neither Party will be prejudiced by, or suffer possible damage as a result from the granting of the requested stay;

(2) the Parties will suffer hardship and inequity if required to draft and file pleadings and otherwise participate in this litigation, which will be finally resolved in a short period of time; and

(3) granting a brief stay will promote judicial efficiency by saving court

resources and calendar time for other cases that have not reached a resolution.

Accordingly, and pursuant to this Court's "inherent authority to stay federal proceedings pursuant to its docket management powers," *Ernest Bock, LLC v. Steelman*, 76 F.4th 827, 842 (9th Cir. 2023), this Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT** this case and all deadlines are **STAYED** until September 9, 2026, and unless the Parties submit a motion requesting further relief, that the Plaintiff shall file a dismissal of this case on or before that date.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Honorable Barry Ted Moskowitz
United States District Judge